

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00217-CV

**IN THE INTEREST OF A.C.**, A.C. III, and S.P.A.C., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00580
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

Appellate counsel's motion to withdraw is DENIED.

SIGNED July 31, 2019.

_____
Patricia O. Alvarez, Justice